U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2019R00949)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 15 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

DISTRICT COURT NO.   **1:20CR 495**

| | |
|---|---|
| COUNTY NAME: Clayton | |
| | MAGISTRATE CASE NO. |

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: December 15, 2020 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
DAVID JOHNSON, A/K/A BRANDON WILLIAMS

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: JENNIFER KEEN
Defense Attorney: