

*Michael Yeager*
*U.S. Marshal*

**U.S. Department of Justice**
United States Marshals Service
75 Ted Turner Drive S.W. Suite 1600
Atlanta, GA 30303

April 19, 2022



Mr. David Johnson
USMS 27154-509
Case# 1:2020-CR-00495-WMR-CCB

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

| | |
|---|---|
| INSTITUTION: | **FCI Oakdale II**<br>**Federal Correctional Institution**<br>**1507 East Whatley Rd.**<br>**Oakdale, LA  71463** |
| TELEPHONE NO.: | **(318) 335-4070** |
| REPORT DATE: | **NOON, MAY 17, 2022** |

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

Michael Yeager
United States Marshal

Ronnie Virden
Criminal Section